ORIGINAL



**FILED**

10/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0647

FILED

OCT 3 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 24-0647

**RYAN BARKLEY,**

> Petitioner,

v.

**SHERYL ZIEGLER, Commander, Missoula
County Detention Facility, and
CAPTAIN HASH, Missoula County
Detention Facility,**

> Respondents.

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED October 31, 2024.

_____

BOWEN GREENWOOD
Clerk of the Supreme Court